JASON C. KOLBE, ESQ.
Nevada Bar No. 11624
ACE C. VAN PATTEN, ESQ.
Nevada Bar No. 11731
**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
(702) 258-8200
Attorneys for Plaintiff
U.S. Bank National Association

TB #16-74710

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, a Nevada limited liability company; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00455-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**<br><br>**First Request** |

Plaintiff, U.S. Bank National Association (hereinafter, "USB"), and Defendant, Saticoy Bay, LLC (collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for Plaintiff to file its Amended Complaint is extended sixty (60) days, up to and including August 27, 2019.

/././

/././

/././

- 1 -

TIFFANY & BOSCO, P.A.
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Tel 702-258-8200 Fax 702-258-8787

The Parties are currently finalizing a settlement agreement and expect to have this matter resolved without the need for additional litigation. This Stipulation is not intended to delay the proceedings and it is the first requested extension.

DATED this 27th day of June, 2019.   DATED this 27th day of June, 2019.

**TIFFANY & BOSCO, P.A.**   **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

/s/ Ace C. Van Patten, Esq.   /s/ Adam R. Trippiedi, Esq.
Ace C. Van Patten, Esq.   Adam R. Trippiedi, Esq.
Attorney for Plaintiff   Nevada Bar No. 12294
  Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2019